UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN L. GARCIA NAVA,

Petitioner,

v.

LEANNA LUNDY,

Respondent.

Case No. 24-cv-02808-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Juan L. Garcia Nava has not responded to either (1) the Clerk's Notice to pay the filing fee or file an application to proceed in forma pauperis, or (2) my Order directing him to comply with the Clerk's Notice. (Dkt. No. 6.) Accordingly, this federal habeas action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice or my Order, and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Garcia Nava may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complete application to proceed in forma pauperis or full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 15, 2024

WILLIAM H. ORRICK
United States District Judge